**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BIANCA CHANCY, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> - v - <br><br> MOODS CAFE I, INC., KARLYLE MOOLENAAR, and JOANNE FITZGERALD, <br><br> Defendants. | Civil Action No.: 2:25-cv-4733-LGD <br><br> **NOTICE OF MOTION FOR DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE that Plaintiff Bianca Chancy, by and through her undersigned attorneys, hereby moves the Court pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2 for an Order entering default judgment in favor of Plaintiff and against Defendants Moods Cafe I, Inc., Karlyle Moolenaar, and Joanne Fitzgerald, jointly and severally, on the grounds that said Defendants failed to answer or otherwise defend against the Complaint, and the Clerk of Court has entered their default.

Dated: January 9, 2026
      New York, New York

                                                **RISSMILLER PLLC**

                      By:   */s/ Alex Rissmiller*
                             Alex Rissmiller
                             Jazly Liriano
                             5 Pennsylvania Plaza, 19th Floor
                             New York, NY 10001
                             T: (646) 664-1412
                             arissmiller@rissmiller.com
                             jliriano@rissmiller.com

                             *Attorneys for Plaintiff Bianca Chancy*