UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

BIANCA CHANCY, on behalf of herself and
others similarly situated,

                         Plaintiff,

          – against –

MOODS CAFE I, INC., KARLYLE
MOOLENAAR, and JOANNE FITZGERALD,

                   Defendants.

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

25-CV-4733 (AMD) (LGD)

---------------------------------------------------------------- X

**ANN M. DONNELLY**, United States District Judge:

The plaintiff brought this action on August 26, 2025, alleging that her former employers violated the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.*, and New York Labor Law ("NYLL") §§ 650 *et seq.*, by failing to pay her minimum and overtime wages and "spread of hours" compensation, failing to pay her timely and provide her with wage notices and statements, and unlawfully retaining tips she earned. (*See* ECF No. 1.)[1] The defendants never responded to the complaint. The plaintiff obtained a certificate of default against them and moved for default judgment on January 9, 2026. (ECF Nos. 17, 21.) On January 12, 2026, this Court referred the motion to Magistrate Judge Lee Dunst for a Report and Recommendation. (*See* ECF Order dated Jan. 12, 2026.)

On May 26, 2026, Judge Dunst issued a Report and Recommendation in which he determined that all defendants were properly served, a certificate of default was properly entered,

---

[1] This case was originally filed as a class action suit, but the plaintiff's default judgment motion (ECF Nos. 21, 22) sought relief only on her behalf; Judge Dunst therefore concluded that the plaintiff waived her class action certification request. (*See* ECF No. 34 at 1 n.1.)

and the plaintiff complied with all rules for a motion for default judgment.  (*See* ECF No. 34 at

7–13.)  Judge Dunst also held the plaintiff's claims were timely, that the defendants were liable

on Counts One through Nine, and that the plaintiff had abandoned Count Ten.  (*Id.* at 14–27.)

Judge Dunst methodically calculated the damages amounts for each proven count:

> (1) $66,122.83 in compensatory damages for unpaid overtime and minimum wages, spread-of-hours pay,[2] and tips under the FLSA and NYLL;
>
> (2) $66,122.83 in liquidated damages under the NYLL;
>
> (3) $10,000.00 in statutory penalties pursuant to NYLL §§ 195(1), 195(3);
>
> (4) Prejudgment interest on Plaintiff's compensatory damages award of $66,122.83, calculated at a per diem interest rate of $16.30 from February 12, 2024, until the date the Clerk of Court enters judgment;
>
> (5) Post-judgment interest calculated from the date the Clerk of Court enters judgment until the date of payment, using the rate set forth in 28 U.S.C. § 1961(a); and
>
> (6) $10,025.00 in attorneys' fees and $1,448.00 in costs.

(*Id.* at 27–38.)

A district court reviewing a report and recommendation "may accept, reject, or modify, in

whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C.

§ 636(b)(1)(C).  "To accept a report and recommendation to which no timely objection has been

made, a district court need only satisfy itself that there is no clear error on the face of the record."

*VOX Amplification Ltd. v. Meussdorffer*, 50 F. Supp. 3d 355, 369 (E.D.N.Y. 2014) (citation

omitted).

The Court has carefully reviewed Judge Dunst's thorough report and recommendation for

---

[2] There appears to be a minor typographical error in the calculation of the spread-of-hours damages.  In the report and recommendation, the calculation totals $4,674.48.  (ECF No. 34 at 30.)  The correct amount is $4,674.78.  The total compensatory damages are $66,122.83, as described in the report and recommendation.  (*Id.* at 37.)

clear error and finds none.  Accordingly, the Court adopts the report and recommendation in its

entirety.  The plaintiff's motion for default judgment is granted, and the Clerk of Court is

respectfully directed to enter the attached order and final default judgment.

**SO ORDERED.**

s/Ann M. Donnelly

ANN M. DONNELLY
United States District Judge

Dated: Brooklyn, New York
       June 18, 2026